# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 APR -6 P 1:35

JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

Charles N. Tripi

v.

Case Number 17-C-0500

(Full name of defendant(s))

Roundy's Supermarkets, Inc.

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __4100 Alpine Circle, Brookfield, WI, 53005__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Roundy's Supermarkets, Inc.__
   (Name)

   is (if a person or private corporation) a citizen of _____

Complaint – 1

Case 2:17-cv-00500-PP   Filed 04/06/17   Page 1 of 6   Document 1

(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Roundy's Supermarkets, Inc.
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In accordance to American Disability Act, Roundy's has denied my rights to be obtain an opportunity to be hired for opening full-time position of Warehouse Order Selector. While in interviewing, the defendant showed a paper of "Vocollect system". I respond that I would need reasonable accommodations. Right away, the interviewer stated that I cannot be hired because I am Deaf. This happened on August 8, 2016 at Roundy's Warehouse site.

Complaint – 2

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am requesting $400,000.00 USA award from Roundy's Supermarkets, Inc.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES      ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __3rd__ day of __April__ 20__17__.

Respectfully Submitted,

_[signature]_
Signature of Plaintiff

__(262) 649-9624__
Plaintiff's Telephone Number

__CNT@toast.net__
Plaintiff's Email Address

__4100 Alpine Circle__
__Brookfield, WI 53005__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

| EEOC Form 161 (11/16) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 17-C-0500 |
|---|---|---|
| | **DISMISSAL AND NOTICE OF RIGHTS** | |

| To: | Charles Tripi<br>4100 Alpine Circle<br>Brookfield, WI 53005 | From: | Milwaukee Area Office<br>310 West Wisconsin Ave<br>Suite 500<br>Milwaukee, WI 53203 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 443-2016-01573 | Drake C. Van Thiel,<br>Investigator | (414) 297-1121 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman* [signature]

Julianne Bowman,
District Director

JAN 03 2017
*(Date Mailed)*

Enclosures(s)

cc: Laurie A. Petersen
Lindner & Marsack
411 East Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202

JON W. SANFILIPPO
CLERK
2017 APR -6 P 1:35
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

Case 2:17-cv-00500-PP   Filed 04/06/17   Page 6 of 6   Document 1